# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 0 8 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

July 7, 2005

Mark W. Wasserman, Esquire
Matthew R. Sheldon, Esquire
Richard D. Holzheimer, Jr., Esquire
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042

John J. Cotter, Esquire
Kirkpatrick & Lockhart Nicholson
Graham LLP
75 State Street
Boston, Massachusetts 02109

Michael J. Strauss, Esquire
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004-2623

J. David Mayberry, Esquire
Christopher A. Ott, Esquire
Kilpatrick Stockton LLP
607 14th Street, NW - Suite 900
Washington, DC 20005

Hayden J. Silver, III, Esquire
Kilpatrick Stockton LLP
3737 Glenwood Avenue - Suite 400
Raleigh, North Carolina 27612

Subject: *Dr. Marc L. Kozam d/b/a MLK Software, et al. v. Phase Forward Inc., et al.*
Civil Action No. MJG-04-1787

Dear Counsel:

The Court is in receipt of the letter of July 6, 2005, from defense counsel regarding the issue of timing of production of discovery ordered by the Court. The defendant is hereby directed to complete production of the ordered discovery by the close of business August 15, 2005. It is the understanding of the Court that the discovery will be produced by electronic transmission and will not require travel by counsel for the parties.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

Very truly yours,

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Marvin J. Garbis
   Court file
   Chambers file